1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| OPEN TEXT INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTHWELL HEALTH, INC., a New York corporation and Does 1 through 10, inclusive,<br><br>        Defendants. | 2:19-cv-09216 SB(ASX)<br><br>**[PROPOSED] ORDER GRANTING OPEN TEXT'S MOTION TO STRIKE AND/OR TO DISMISS**<br><br>Date:  November 6, 2020<br>Time:  8:30 a.m.<br>Place:  350 West First Street<br>         Courtroom 6C<br>         Los Angeles, CA 90012 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#40323301.1

PROPOSED ORDER RE: OPEN TEXT'S
MOT. TO STRIKE AND/OR DISMISS
CASE NO. 2:19-CV-09216 SB(ASX)

# [PROPOSED] ORDER

The Court, having considered Plaintiff Open Text Inc.'s ("Open Text") Motion to Strike and/or Dismiss Defendant Northwell Health, Inc.'s ("Northwell") Counterclaims and Third Party Complaint (the "Counterclaims"), and all other matters presented to the COURT, and GOOD CAUSE APPEARING THEREFORE, the COURT orders that the same is hereby GRANTED.

The Counterclaims are hereby [stricken and/or dismissed] without leave to amend.

Dated: _____,     By: _____
                            Hon. Stanley Blumenfeld Jr.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#40323301.1

- 1 -

PROPOSED ORDER RE: OPEN TEXT'S
MOT. TO STRIKE AND/OR DISMISS
CASE NO. 2:19-CV-09216 SB(ASX)