JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN TEXT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWELL HEALTH, INC., a New York corporation and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-09216 SB (ASx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

# ORDER

Having read and considered the Stipulation of Dismissal with Prejudice filed by Plaintiff Open Text, Inc., Defendant Northwell Health, Inc., and Third-Party Defendant Marcum Technology LLC, the Court orders the same is hereby GRANTED.

This action is dismissed WITH PREJUDICE, with each party bearing its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Date: June 21, 2021

The Hon. Stanley Blumenfeld Jr.
UNITED STATES DISTRICT JUDGE